**JUDGE FILIP**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS   **MAGISTRATE JUDGE COX**
EASTERN DIVISION

**07CR    748**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Violation: Title 8, United States Code, |
| v. ) | Sections 1326(a) and (b)(2); |
| ) | and Title 6, United States Code, |
| ) | Section 202(4) |
| RENE MOCTEZUMA ) | |
| RODRIGUEZ-VILLASENOR ) | |

**FILED**

NOV 1 3 2007

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

On or about May 26, 2007, at Chicago, Cook County, Illinois, in the Northern District of Illinois, Eastern Division,

RENE MOCTEZUMA RODRIGUEZ-VILLASENOR,

defendant herein, an alien who had been previously deported and removed from the United States on or about February 2, 2001, and on or about December 22, 2003, was present and found in the United States without having previously obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by the defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY