## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 748 | **DATE** | 11/21/2007 |
| **CASE TITLE** | USA vs. RENE MOCTEZUMA RODRIGUEZ-VILLASENOR | | |

**DOCKET ENTRY TEXT**

Initial appearance and arraignment proceedings held. Defendant informed of rights. Enter order appointing Michael Mann as counsel for defendant for initial appearance only. Government seeks detention. Defendant waives detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial under further order of the Court. Defendant enters plea of not guilty. 16.1 conference to be held by 11/29/2007. Pretrial motions are to be filed by 12/10/2007. Responses are due by 12/20/2007. Status hearing before Judge Bucklo is set for 12/21/2007 at 10:00 am. Enter excludable delay for the period of 11/21/2007 through 12/21/2007 pursuant to 18 U.S.C. §3161(h)(1) and USA v. Tibboel, 753 F.2d . 608 (7th Cir.) X-E & X-T-4

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | JS |
|---|---|---|