# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

        Plaintiff,

v.

        Case No.: 1:07−cr−00748
        Honorable Elaine E. Bucklo

Rene Moctezuma Rodriguez−Villasenor

        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 21, 2007:

       MINUTE entry before Judge Elaine E. Bucklo :As to Rene Moctezuma Rodriguez−Villasenor, Status hearing held on 12/21/2007. Status hearing set for 1/10/2008 at 09:30 AM. Time from this day through next status is excluded for trial preparations under 18:3161 (h)(8)(B)(iv).Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.