UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

UNITED STATES OF AMERICA
                        Plaintiff,

v.                                             Case No.: 1:07–cr–00748
                                                 Honorable Elaine E. Bucklo

Rene Moctezuma Rodriguez–Villasenor
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :As to Rene Moctezuma Rodriguez–Villasenor, Status hearing held on 1/10/2008. Change of Plea Hearing set for 1/18/2008 at11:00 AM. Time from this day through change of plea date is excluded for trial preparations under 18:3161 (h)(8)(B)(iv).Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.