# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 748 - 1 | **DATE** | 1/18/2008 |
| **CASE TITLE** | USA vs. Rodriguez-Villasenor | | |

**DOCKET ENTRY TEXT**

Change of plea held. Defendant withdrew his plea of not guilty to the charges contained in the indictment and entered a plea of guilty. Defendant was informed of his rights. Judgment of guilty entered. The cause is referred to the probation department for the preparation of a presentence investigation report. Any objection to the PSI report, and motion will be due by 4/8/08; and response by 4 /14/08. Sentencing set for 4/18/04 at 10:30 a.m. No Plea Agreement filed.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|