UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 748 |
| v. | ) | Judge Elaine E. Bucklo |
| | ) | |
| RENE MOCTEZUMA | ) | |
| RODRIGUEZ-VILLASENOR | ) | |

**UNOPPOSED MOTION TO RESCHEDULE SENTENCING MATTERS**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby requests that this Court reschedule dates relating to defendant's sentencing, including the dates on which position papers are due and the sentencing hearing itself, to April 18, 2008 and after. In support of its motion, the government states as follows:

1. On November 13, 2007, Defendant was charged by indictment with one count of illegal re-entry into the United States in violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4).

2. On January 18, 2008, defendant entered a plea of guilty to the one count indictment. On the same date, this Court ordered that objections to the Pre-Sentence Report ("PSR") are due no later than April 8, 2008, position papers are due no later than April 11, 2008, and responses to any objections are due no later than April 14, 2008. This Court set the actual sentencing date for April 18, 2008.

3. Counsel for the government learned after this Court set the dates for sentencing matters that she will be out of the office for business reasons from April 4, 2008 until April 18, 2008. Accordingly, counsel for the government will not be present to receive defendant's position paper and/or objections to the PSR, if any. Counsel therefore will not be present to prepare any type of response, whether oral or written. Accordingly, counsel for the government respectfully requests that the dates on which objections, position papers, and responses are due are shifted to April 18, 2008 and later. Accordingly, counsel for government also respectfully requests that the sentencing hearing be rescheduled to a date after all pleadings are filed.

4. Counsel for defendant does not object to rescheduling the dates for sentencing matters beginning April 18, 2008 or later.

                                                Respectfully submitted,

                                                PATRICK J. FITZGERALD
                                                United States Attorney

                              BY:    /s Bethany K. Biesenthal
                                            BETHANY K. BIESENTHAL
                                            Assistant United States Attorney
                                            219 S. Dearborn St.
                                            Chicago, Illinois  60604
                                            (312) 886-7629

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**Unopposed Motion to Reschedule Sentencing Hearing**

was served on March 26, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's ECF system as to ECF filers, if any.

    /s Bethany K. Biesenthal
BETHANY K. BIESENTHAL
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 886-7629