UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 748 |
| v. | ) | Judge Elaine E. Bucklo |
| | ) | |
| RENE MOCTEZUMA | ) | |
| RODRIGUEZ-VILLASENOR | ) | |

**NOTICE OF MOTION**

TO:

    Michael Mann
    P.O. Box 641
    Maywood, IL  60153

    **PLEASE TAKE NOTICE** that on Tuesday, April 1, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Bucklo in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Room 1441, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the **UNOPPOSED MOTION TO RESCHEDULE SENTENCING MATTERS**, at which time and place you may appear if you see fit.

                            By:    /s/ Bethany K. Biesenthal
                                     BETHANY K. BIESENTHAL
                                     Assistant United States Attorney
                                     219 S. Dearborn St.
                                     Chicago, Illinois  60604
                                     (312) 886-7629