# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:07−cr−00748
　　　　　　　　　　　　　　　　　　　　　　　Honorable Elaine E. Bucklo

Rene Moctezuma Rodriguez−Villasenor

　　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 31, 2008:

　　　　MINUTE entry before Judge Honorable Elaine E. Bucklo:Government's unopposed motion [12] to continue sentencing is granted as to Rene Moctezuma Rodriguez−Villasenor (1). Accordingly, as to Rene Moctezuma Rodriguez−Villasenor, sentencing set 4/18/08 is reset for for 5/7/2008 at 10:00 AM. Any objection to the PSI report, and motion to be filed by 4/18/08; and response by 4/25/08. Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.