# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.	Case No.: 1:07−cr−00748
	Honorable Elaine E. Bucklo

Rene Moctezuma Rodriguez−Villasenor

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

    MINUTE entry before Judge Honorable Elaine E. Bucklo:As to Rene Moctezuma Rodriguez−Villasenor, sentencing hearing held on 5/7/2008 and concluded. Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.